**Order entered June 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00193-CR

**PATRICIA ANN SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-49176-W**

## ORDER

The Court **GRANTS** appellant's June 18, 2014 pro se motion for extension of time to file response to *Anders* brief.

We **ORDER** appellant to file her response brief within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Patricia Ann Smith, TDCJ No. 1907479, San Saba Unit, 206 S. Wallace Creek Road, San Saba, Texas, 76877.

/s/    DAVID EVANS
        JUSTICE